# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IAN M. RUSSELL, :

    **Plaintiff** :

          **CIVIL ACTION NO. 3:17-2386**

v. :

          **(Judge Mannion)**

**STATE OF PENNSYLVANIA,** :
*et al.,*

    **Defendants** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

3. Plaintiff's action is **DISMISSED**, without prejudice, as legally frivolous under 28 U.S.C. §1915(e)(2)(B)(i),

4. Plaintiff's motion for summary judgment (Doc. 8) is **DISMISSED** as moot.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

          s/ *Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**Dated: March 5, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2386-01-ORDER.wpd